# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**NEIMAN SMITH**  
**ADC #164464**                                                                    **PLAINTIFF**

v.                    CASE NO. 5:18-CV-00158 BSM

**SHANNON MCFADDEN, Classification**  
**Officer, Delta Regional Unit, ADC, et al.**                                      **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 4] submitted by United States Magistrate Judge Joe J. Volpe have been received as well as plaintiff Neiman Smith's objection [Doc. No. 9]. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Smith's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted, and this dismissal constitutes a strike. It is certified that an *in forma pauperis* appeal of this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 6th day of July 2018.

_____  
UNITED STATES DISTRICT JUDGE